IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| AKILI SADIKI AMEN-RA § | |
| AKA JOHNNIE TASBY § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:14cv103 |
| § | |
| DON WILLIAMS, ET AL. § | |

## ORDER OF DISMISSAL

Plaintiff Akili Sadiki Amen-Ra aka Johnnie Tasby, previously an inmate confined at the Telford Unit of the Texas prison system, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was directly assigned to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Plaintiff's motion for leave to file the complaint (docket entry #2) should be denied and that the lawsuit should be dismissed pursuant to sanctions previously imposed by the Court. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections raised by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #7) is **ADOPTED**. It is further

1

**ORDERED** that the Plaintiff's motion for leave to file complaint (docket entry #2) is **DENIED** and the lawsuit is **DISMISSED** with prejudice pursuant to the sanctions previously imposed by this Court. All motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 1st day of October, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE